UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-064-BLW |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER |
| vs. | ) | |
| ROBERT JAMES MENDEZ, | ) | |
| Defendant. | ) | |

Based upon the Stipulation for Protective order (Docket No.16) filed by the parties, and good cause appearing therefore,

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation (Docket No.16) is APPROVED and discovery shall be limited, pursuant to Federal Rule of Criminal Procedure 16(d), as follows:

The Government will provide the audio recordings identified in discovery with bates numbers 472 and 473, to Defense Counsel for Defendant. Defendant may listen to recordings 472 and 473 while they remain in Defense Counsel's possession. Defense Counsel is prohibited from copying the recordings or disseminating the recordings to any person or entity, other than Defense Counsel's employees, investigators, or agents. Defense Counsel's employees, investigators, or agents, shall also not provide the recording or any copies thereof to any other persons.



DATED: April 27, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court